B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Curtis L. Warner and Karen L. Warner | **DEFENDANTS**<br>Gene P. Dickey, Jr. and Tracie R. Dickey |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Richard M. Mitchell, 4600 Park Road, Suite 420, Charlotte, North Carolina 28209; Tel: (704) 333-0630 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

This action is brought pursuant to 11 U.S.C. section 727 and N.C.G.S. section 1-245 to enforce the discharge of the Debtors and obtain a notation of discharge as to a judgment.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Curtis L. Warner and Karen L. Warner | BANKRUPTCY CASE NO.<br>12-32988 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western | DIVISION OFFICE<br>Charlotte | NAME OF JUDGE<br>Whitley |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* | | |
| DATE<br>May 13, 2014 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Richard M. Mitchell | |

INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 12-32988 |
| CURTIS L. WARNER and KAREN L. ) | |
| WARNER, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| CURTIS L. WARNER and KAREN L. ) | |
| WARNER, ) | |
| ) | |
| Plaintiffs, ) | Adversary Proceeding No. 14-_____ |
| ) | |
| v. ) | |
| ) | |
| GENE P. DICKEY, JR. and TRACIE R. ) | **COMPLAINT** |
| DICKEY, ) | |
| ) | |
| Defendants. ) | |

NOW COME Curtis L. Warner and Karen L. Warner ("Plaintiffs"), complaining of Gene P. Dickey, Jr. and Tracie R. Dickie. (collectively, "Defendants"), and hereby allege and show the Court as follows:

1.  This action is brought pursuant to 11 U.S.C. §727 and N.C.G.S. §1-245 to enforce the discharge of the Debtors and obtain a notation of discharge as to a judgment.

2.  Plaintiffs are the Debtors in the above-captioned bankruptcy proceeding.

3.  Upon information and belief, Defendant Gene P. Dickey, Jr. is a citizen and resident of Travis County, Texas.

4.  Upon information and belief, Defendant Tracie R. Dickey is a citizen and resident of Travis County, Texas.

5.  Prior to the filing of this case, Defendants obtained a judgment that is recorded in the office of the Clerk of Court for Travis County, Texas.

6.  The judgment was obtained on August 9, 2011, and is recorded in the office of the Clerk of Court for Travis County, Texas, bearing cause number D-1-GN-12-003899 and Judgment Number D-1-GN-11-002383 for $256,972.60.

7. Plaintiffs filed the above-captioned bankruptcy case on December 20, 2012.

8. Plaintiffs duly scheduled Defendants on Schedule F as a creditor. The schedules indicate the location where the judgment is recorded and the date of the judgment.

9. The judgment has not attached to any real or personal property owned by Plaintiffs.

10. Plaintiffs' discharge will be granted in this case.

11. Upon entry of Plaintiffs' discharge, the judgment will be discharged.

WHEREFORE, Plaintiffs pray that a judgment be entered certifying the discharge of Gene P. Dickey, Jr. and Tracie R. Dickey's judgment.

This the 13 day of May, 2014.

Richard M. Mitchell, NC Bar No. 3034
4600 Park Road, Suite 420
Charlotte, North Carolina 28209
Tel: (704) 333-0630
Fax: (704) 333-4975
E-mail: rmitchell@rickmitchelllaw.com